■ In the Matter of ARTHUR H. KROLL, a Disbarred Attorney. [755 NYS2d 233] —Petition for reinstatement granted only to the extent of referring this matter to the Disciplinary Committee to designate a hearing panel to conduct a hearing, as indicated. Concur—Nardelli, J.P., Mazzarelli, Ellerin, Rubin and Marlow, JJ.